# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| YVETTE M. DAILY, | Case No. 1:17-cv-01041-SAB |
|---|---|
| Plaintiff, | ORDER RE STIPULATION FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 15) |
| Defendant. | |

On May 29, 2018, the parties filed a stipulation for a second extension of time for Defendant to respond to Plaintiff's opening brief. (ECF No. 15.) Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's responsive pleading shall be filed on or before June 29, 2018; and

2. Plaintiff's reply, if any, shall be filed on or before July 16, 2018.

IT IS SO ORDERED.

Dated: **May 29, 2018**

UNITED STATES MAGISTRATE JUDGE

1