# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| YVETTE M. DAILY,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:17-cv-01041-SAB<br><br>ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) AND ENTRY OF JUDGMENT<br><br>(ECF No. 17) |

Pursuant to the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and for Entry of Judgment ("Stipulation"), and for good cause shown, the above-captioned action is to be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation. Judgment is entered on behalf of Plaintiff Yvette M. Daily and against the Commissioner of Social Security, and the Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated: **June 20, 2018**

UNITED STATES MAGISTRATE JUDGE