# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE M. DAILY,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:17-cv-01041-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUDGMENT ACT<br><br>(ECF No. 19) |

On September 18, 2018, the parties filed a stipulation to award attorney fees in the amount of $6,800.00 under the Equal Access to Judgment Act to counsel for services rendered on behalf of Plaintiff in this action.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff is awarded attorney fees in the amount of six thousand eight hundred ($6,800.00) dollars under 42 U.S.C. §406(b).

IT IS SO ORDERED.

Dated: **October 3, 2018**

UNITED STATES MAGISTRATE JUDGE

1